# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID JOYCE,

    *Petitioner*,

vs.

D. NEVEN, *et al.*,

    *Respondents*.

Case No. 2:12-cv-02216-JAD-NJK

**O R D E R**

Respondents' motions (Dkt. ## 11 & 12) for enlargement of time are GRANTED, and the time for respondents to file a response to the petition is extended up to and including March 10, 2014.

DATED: January 31, 2014.

_____
JENNIFER A DORSEY
United States District Judge