**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID JOYCE,                                    Case No. 2:12-cv-02216-JAD-NJK

    *Petitioner*,                              **ORDER**

vs.

D. NEVEN, *et al.*,

    *Respondents*.

      Respondents' motion (Dkt. #14) to file a pleading in excess of thirty pages is GRANTED, in connection with the answer (Dkt. #15) filed on March 10, 2014.

      Dated: May 27, 2014.


_____
JENNIFER A. DORSEY
United States District Judge